# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STUART C. IRBY COMPANY**                                                                 **PLAINTIFF**

**v.**                  **Case No. 4:16-cv-00182 KGB**

**CLARENCE ANDREW HORNECKER**                                    **DEFENDANT**

## JUDGMENT

Consistent with the Opinion and Order entered on this date, it is considered, ordered, and adjudged that judgment is entered in favor of plaintiff Stuart C. Irby Company ("Irby") and against defendant Clarence Andrew Hornecker. This case is hereby dismissed with prejudice. The Court enters judgment in favor of Irby in the amount of $198,360.59. In addition, the Court awards pre-judgment interest of $90,158.86 and post-judgment interest at the rate provided in 28 U.S.C. § 1961 until this judgment is paid.

So adjudged this 31st day of August, 2017.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge