# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STUART C. IRBY COMPANY**                                              **PLAINTIFF**

**v.**                       **Case No. 4:16-cv-00182 KGB**

**CLARENCE ANDREW HORNECKER**                                **DEFENDANT**

## ORDER

Before the Court are three motions filed by plaintiff Stuart C. Irby Company ("Stuart Irby Co."): (1) a motion to compel discovery in aid of a judgment or execution pursuant to Federal Rule of Civil Procedure 69(a)(2); (2) a motion to compel responses to a subpoena served on Hornecker Properties, LLC; and (3) a motion to compel responses to a subpoena served on Builders Enterprise, Inc. (Dkt. Nos. 40, 42, 44). Also before the Court is a notice of filing of bankruptcy by defendant Clarence Andrew Hornecker (Dkt. No. 49). The Court considers this matter stayed pursuant to the automatic stay codified at 11 U.S.C. § 362 of the Bankruptcy Code. The Court will take no further action in this case unless and until a party files or the parties file a motion with the Court to do so. The Court also directs Mr. Hornecker to inform the Court in writing when his bankruptcy case concludes.

Accordingly, the Court denies without prejudice the three motions to compel filed by Stuart Irby Co. (Dkt. Nos. 40, 42, 41). Those motions may be refiled, if necessary, after the automatic stay is lifted.

It is so ordered, this the 30th day of August 2019.

                                                    _____
                                                    Kristine G. Baker
                                                    United States District Judge